UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ARTHER AND JERILYN KNEAL | * | CIVIL ACTION |
| VERSUS | * | NO. 06-7605-SSV-ALC |
| AUTO CLUB FAMILY INSURANCE COMPANY | * | JUDGE DUVAL |

## ORDER

Considering plaintiff's forgoing motion to dismiss,

IT IS ORDERED that plaintiffs' motion to dismiss the defendant's motion to compel discovery is hereby GRANTED in accordance with the Federal Rules of Civil Procedure 26.

New Orleans, Louisiana, this __28th__ day of ___February___, 2007.

_____
U. S. DISTRICT JUDGE