UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARTHUR AND JERILYN KNEALE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-7605** |
| **AUTO CLUB FAMILY INSURANCE COMPANY** | **SECTION "K"(5)** |

### ORDER

Before the Court is the "Motion to Sever" (Doc. 29) filed on behalf of defendant Auto Club Family Insurance Company. Plaintiffs' counsel has advised the court that plaintiffs have no opposition to the motion. Accordingly,

**IT IS ORDERED** that the "Motion to Sever" is GRANTED.

New Orleans, Louisiana, this 10th day of December, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE